IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COPPERHEAD PIPELINE AND         )
CONSTRUCTION, INC., an          )
Oklahoma Corporation,           )
                                )
            Plaintiff,          )         8:14CV158
                                )
      v.                        )
                                )
NORTHERN NATURAL GAS COMPANY,   )         ORDER
a Delaware corporation,         )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the motion of Tara A. Stingley and Coady H. Pruett to withdraw as counsel (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Tara A. Stingley and Coady H. Pruett of the law firm of Cline Williams Wright Johnson & Oldfather, L.L.P., are deemed withdrawn as counsel of record for defendant. Their names shall be removed from CM/ECF and they shall no longer receive notice of filings in this case.

DATED this 16th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court