IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COPPERHEAD PIPELINE AND CONSTRUCTION, INC., an Oklahoma Corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN NATURAL GAS COMPANY, a Delaware Corporation;<br><br>    Defendant. | 8:14CV158<br><br>**ORDER** |

  Both parties are diligently pursuing discovery, with Northern's depositions of Copperhead witnesses set to begin in early December. But defendant Northern expressed concern that Copperhead's method of responding to written discovery, i.e., rolling production of documents and interrogatory responses, was creating delays and posing a serious risk that Northern would be unable to adequately prepare for the December depositions. Northern requested a deadline for Copperhead's full and complete response to Northern's written discovery..

  Copperhead explained that the contract at issue involved multi-location work, with subcontractor documentation and electronic discovery posing substantial challenges in quickly gathering all the requested information. That said, Copperhead stated it was closing in on finishing the written discovery responses.

  After conferring with counsel for both parties,

  IT IS ORDERED that as to information responsive to Defendant's written discovery (both interrogatories and production requests) in Copperhead's possession and control, and that Copperhead knows or has reason to know of at this time, full and complete responses shall be electronically served on Northern by no later than November 13, 2014 at 12:00 p.m. (noon).

November 7, 2014.

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge