IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COPPERHEAD PIPELINE AND CONSTRUCTION, INC., an Oklahoma Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:14CV158 |
| v. | ) ) | |
| NORTHERN NATURAL GAS COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 58). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. All causes of action and any unfiled counterclaims have been resolved. This action is dismissed with prejudice, each party to bear its own fees and costs.

DATED this 20th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court